UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>ALLEN M. GLICK, ARTHUR H. FREEDMAN, JEFFREY S. EPSTEIN, STEVEN T. MOORE and ROMEO J. PENDOLARI,<br><br>Defendants. | C.A. No. 04-CV-10801(MEL) |

## MOTION FOR PAYMENT TO THE UNITED STATES TREASURY

Plaintiff Securities and Exchange Commission moves for an order directing payment to the United States Treasury of funds presently in the Registry of the Court in this case. The grounds for this motion are set forth in the accompanying memorandum. A proposed form of order also accompanies this motion.

Respectfully submitted,

_____
Luke T. Cadigan (Mass Bar No. 56117)
Senior Trial Counsel

Bradford E. Ali (Mass Bar No. 649541)
Senior Counsel

73 Tremont Street, Suite 600
Boston, MA 02108
(617) 573-8903     (Ali)
(617) 424-5940     (facsimile)

Date:  May 19, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2005, I caused copies of the foregoing document to be served on the defendants and/or counsel for the defendants all by first class mail at the addresses indicated below:

Counsel for Defendant Glick
Richard P. Swanson, Esq.
Thelen, Reid & Priest LLP
875 Third Avenue
New York, NY 10022

Counsel for Defendant Freedman
Stephen Poss, Esq.
Goodwin Procter
Exchange Place
Boston, MA 02109

Counsel for Defendant Epstein
Richard B. Michaud, Esq.
Bernkopf, Goodman & Baseman LLP
125 Summer Street, Suite 1300
Boston, MA 02110

Counsel for Defendant Pendolari
Michael T. Gass, Esq.
Palmer & Dodge LLP
111 Huntington Avenue at Prudential Center
Boston, MA 02199-7613

Steven T. Moore        (Pro se)
13433 Northwest 3rd Street
Ocala, Florida 34482

_____
Bradford E. Ali, Esq.