UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 04-CV-10801(MEL) |
| ) | |
| ALLEN M. GLICK, ARTHUR H. FREEDMAN, ) | |
| JEFFREY S. EPSTEIN, STEVEN T. MOORE ) | |
| and ROMEO J. PENDOLARI, ) | |
| ) | |
| Defendants. ) | |

## ORDER DIRECTING PAYMENT TO THE UNITED STATES TREASURY

Upon consideration of plaintiff Securities and Exchange Commission's Motion for Payment to the United States Treasury and all responses thereto,

IT IS HEREBY ORDERED that the Clerk of this Court pay all funds presently being held in the Registry in connection with the above captioned action, together with all interest accrued thereon, by check to the order of the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, under cover of a letter copied to the Commission's counsel of record that identifies the caption and action number of this case and the name of this Court, and that indicates that the funds are being paid for deposit by the Comptroller, Securities and Exchange Commission, into the United States Treasury;

IT IS FURTHER ORDERED that upon receipt of such funds, the Office of Financial

Management, Securities and Exchange Commission, shall promptly remit the funds to the United States Treasury.

    SO ORDERED.

                                  /s/ Morris E. Lasker
                              UNITED STATES DISTRICT JUDGE

Date:                   5/25 , 2005

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2005, I caused copies of the foregoing document to be served on the defendants and/or counsel for the defendants all by first class mail at the addresses indicated below:

Counsel for Defendant Glick
Richard P. Swanson, Esq.
Thelen, Reid & Priest LLP
875 Third Avenue
New York, NY 10022

Counsel for Defendant Freedman
Stephen Poss, Esq.
Goodwin Procter
Exchange Place
Boston, MA 02109

Counsel for Defendant Epstein
Richard B. Michaud, Esq.
Bernkopf, Goodman & Baseman LLP
125 Summer Street, Suite 1300
Boston, MA 02110

Counsel for Defendant Pendolari
Michael T. Gass, Esq.
Palmer & Dodge LLP
111 Huntington Avenue at Prudential Center
Boston, MA 02199-7613

Steven T. Moore          (Pro se)
13433 Northwest 3rd Street
Ocala, Florida 34482

_____
Bradford E. Ali, Esq.